**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:   Theaola Robinson and Benji's Special Education Academy, Inc. v.
                       Amegy Bank, N.A.

Appellate case number:   01-13-00022-CV

Trial court case number:   1271297

Trial court:   129th District Court of Harris County

Date motion filed:   March 11, 2013

Party filing motion:   Appellants

 

The en banc court has unanimously voted to deny appellants' motion for en banc reconsideration. It is ordered that the motion is **denied**.

Judge's signature:  /s/ Evelyn V. Keyes
                       Acting for the En Banc Court*

Date: May 31, 2013

*En banc court consists of Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle.